IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEIGHTON S. HUGHES,<br><br>Defendant. | 6:21-po-05062-KLD<br><br><br>ORDER TO DISMISS and QUASH WARRANT |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above case is dismissed.

IT IS FURTHER ORDERED that the warrant issued for Mr. Hughes arrest is quashed.

Dated this 9th day of December, 2021.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge

1